CARPENTER, administrator, *v.* SOUTHERN RAILWAY COMPANY.

COBB, J.   1. A writ of certiorari not sued out in forma pauperis is void, if the same issue before the applicant has given the bond prescribed by section 4639 of the Civil Code.   *Wingard* v. *Southern Railway Company,* 109 *Ga.* 177.

2. The pendency of such a proceeding does not suspend the statute of limitations which requires the bringing of a certiorari within thirty days, nor authorize a renewal of the proceeding within six months.   *O'Keefe* v. *Cotton,* 102 *Ga.* 516, and cases cited ; *Hamilton* v. *Phenix Ins. Co.,* 111 *Ga.* 875.

*Judgment reversed. All the Justices concurring, except Little, J., absent.*

Argued October 6,—Decided October 31, 1900.

Certiorari.     Before Judge Janes.     Polk superior court.     February term, 1900.

*C. E. Carpenter,* for plaintiff.
*Shumate & Maddox* and *Fielder & Mundy,* for defendant.

---

POLK COUNTY *v.* CROCKER.

SIMMONS, C. J.   There is, in this State, no law which requires or authorizes county authorities to pay from the county funds fees to a sheriff for summoning witnesses to appear before the grand jury.

*Judgment reversed. All the Justices concurring, except Little, J., absent.*

Argued October 6,—Decided October 31, 1900.

Complaint.     Before Judge Janes.     Polk superior court.     April 12, 1900.

*Blance, Irwin & Wright,* for plaintiff in error.
*W. C. Bunn,* contra.